# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

JORGE ARTURO SOLIS RUIZ,

        Plaintiff,

    v.

ORANGE COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.

No. 8:25-cv-01885-KK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. Plaintiff did, however, file a new proposed amended complaint, which includes some of the claims that the Magistrate Judge recommended be dismissed without further leave to amend. (ECF 111.) To the extent that filing could be construed as an objection to the portion of the Report and Recommendation that recommends dismissal of some claims without further leave to amend, the Court reviewed it in that light. Having done so, the Court concludes that the amended pleading does not undermine the Magistrate Judge's recommendation that further leave to amend would not be likely to fix the problems identified in the Report and Recommendation. The Court therefore accepts the recommendations

of the Magistrate Judge; dismisses Counts Three and Four without leave to amend; and declines to exercise supplemental jurisdiction over Claim Five and dismissing it without prejudice and without leave to amend.

DATED:  January 27, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2