**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

JORGE ARTURO SOLIS RUIZ,
Plaintiff,

v.

ORANGE COUNTY SHERIFF'S DEPARTMENT, et al.,
Defendants.

No. 8:25-cv-01885-KK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Eighth Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Plaintiff's Motion for leave to file a Tenth Amended Complaint (ECF 165) is denied.

3. The Ninth and Tenth Amended Complaints are struck.

4. This action is stayed until final judgment has been entered in Plaintiff's state criminal cases, Case Nos. 25HM03792 and 26HM00850.

5. Defendants shall file a Notice and Request to Lift Stay within 14 days of entry of final judgment in the state criminal cases and advising the Court of the outcome of the cases. And if no final judgment has been entered within 90 days of this Order, Defendants shall file a Status Report regarding the status of the state court criminal proceedings and shall do so every 90 days until a Notice and Request to Lift Stay is filed.

6. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: July 23, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE